# United States District Court
**WESTERN DISTRICT OF TENNESSEE**
Eastern Division

## JUDGMENT IN A CIVIL CASE

**SANDRA ("SAM") JONES,**

Plaintiff,

CASE NUMBER: 1:13-cv-1210-JDB-egb

v.

**ROYSTON, LLC,**

Defendant.

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in accordance with the Stipulation of Dismissal entered in the above-styled matter on 3/17/2014, this case is hereby dismissed with prejudice.

**APPROVED:**

s/J. Daniel Breen
**Chief United States District Judge**

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**